AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

TRUSTEES OF THE LOCAL UNION NO. 17 SHEET METAL WORKERS' INSURANCE FUND, THE LOCAL 17 SHEET METAL APPRENTICESHIP FUND OF RHODE ISLAND and THE LOCAL 17 SHEET METAL INDUSTRY FUND OF RHODE ISLAND

V.

RAYMOND MARTIN d/b/a
R. MARTIN & SONS

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 05 444S

TO: (Name and address of defendant)

Raymond Martin d/b/a
R. Martin & Sons
24 Esquire Avenue
Warwick, RI 02889

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert D. Goldberg
Goldberg Law Offices
226 Cottage Street
Pawtucket, RI 02860
Tel: 728-1510

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

10/21/05
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 11-3-05 |
| NAME OF SERVER (PRINT) Kenneth Guilfoyle | TITLE R I State Constable (Process Server) |

FILED

2005 NOV -7 P 12: 32

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Son

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-3-05
*Date*

Kenneth Guilfoyle
*Signature of Server*

PO Box 1111 East Greenwich, R.I.
*Address of Server*

2

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure