**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TRUSTEES OF THE LOCAL UNION NO. 17 SHEET METAL WORKERS' INSURANCE FUND, THE LOCAL 17 SHEET METAL APPRENTICESHIP FUND OF RHODE ISLAND and THE LOCAL 17 SHEET METAL INDUSTRY FUND OF RHODE ISLAND | : | |
| v. | : | C.A. No. 05-444 S |
| RAYMOND MARTIN d/b/a R. MARTIN & SONS | : | |

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

Now comes the Defendant, Raymond Martin d/b/a R. Martin & Sons, and for his Answer hereby responds to the numbered paragraphs of the Complaint as follows:

1. Admitted that this Court has jurisdiction of this action.

2. Admitted that venue in the District Court of Rhode Island is proper.

3. The contentions in Paragraph 3 of the Complaint are admitted.

4. The contentions in Paragraph 4 of the Complaint are admitted.

5. The contentions in Paragraph 5 of the Complaint are admitted.

6. Defendant is without knowledge or information at this time sufficient to form a belief as to the assertions in Paragraph 6, and therefore denies the same.

7. Admitted, except as to the business address.

8. Defendant is without knowledge or information at this time sufficient to form a belief as to the assertions in Paragraph 8, and therefore denies the same.

9. The contentions in Paragraph 9 of the Complaint are admitted.

10. The contentions in Paragraph 10 of the Complaint are admitted.

11. The contentions in Paragraph 11 of the Complaint are admitted.

12. Defendant is without knowledge or information at this time sufficient to form a belief as to the assertions in Paragraph 12, and therefore denies the same.

13. Defendant is without knowledge or information at this time sufficient to form a belief as to the assertions in Paragraph 13, and therefore denies the same, except that the Defendants admits that certain payments have not been made.

14. Defendant is without knowledge or information at this time sufficient to form a belief as to the assertions in Paragraph 14, and therefore denies the same

15. Defendant is without knowledge or information at this time sufficient to form a belief as to the assertions in Paragraph 15, and therefore denies the same

16. The contentions in Paragraph 16 of the Complaint are admitted.

17. The contentions in Paragraph 17 of the Complaint are admitted, except that the Defendant disputes the amount(s) that may be alleged to be owed.

WHEREFORE, the Defendant demands judgment in its favor plus interest, costs, attorney's fees and other relief, as this Court deems proper.

## AFFIRMATIVE DEFENSES

Defendant specifically reserves his right to amend this answer to add affirmative defenses.

Dated: November 21, 2005

Raymond Martin d/b/a
R. Martin & Sons, pro se
24 Esquire Avenue
Warwick, RI 02889
(401) 944-5631
(401) 944-5631 fax

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TRUSTEES OF THE LOCAL UNION NO. 17 SHEET METAL WORKERS' INSURANCE FUND, THE LOCAL 17 SHEET METAL APPRENTICESHIP FUND OF RHODE ISLAND and THE LOCAL 17 SHEET METAL INDUSTRY FUND OF RHODE ISLAND | : | |
| v. | : | C.A. No. 05-444 S |
| RAYMOND MARTIN d/b/a R. MARTIN & SONS | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November, 2005, I caused to be mailed a true and exact copy of the within **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT** via first-class mail, postage pre-paid to Robert D. Goldberg, Goldberg Law Offices, 226 Cottage Street, Pawtucket, Rhode Island 02860.

Raymond J. Martin
_______________________