FILED
JAN [illegible] 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT COURT OF RHODE ISLAND

RECEIVED
JAN 30 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

TRUSTEES OF THE LOCAL UNION NO. 17 SHEET METAL WORKERS' INSURANCE FUND, THE LOCAL 17 SHEET METAL APPRENTICESHIP FUND OF RHODE ISLAND and THE LOCAL 17 SHEET METAL INDUSTRY FUND OF RHODE ISLAND :

v. : C.A. NO: 05-444S

RAYMOND MARTIN d/b/a R. MARTIN & SONS :

## MOTION TO AMEND COMPLAINT

Now come Plaintiff Funds INSURANCE FUND, APPRENTICESHIP FUND and INDUSTRY FUND in the above entitled cause and moves to amend their complaint, a fair copy is attached hereto.

WHEREFORE Plaintiffs pray that this motion is granted.

PLAINTIFFS
By their Attorney,

Robert D. Goldberg #1733
Goldberg Law Offices
226 Cottage Street, PO Box 557
Pawtucket, RI 02862-0557
Tel: (401) 728-1510
Fax: (401) 725-3355

Referred to U.S.M.J. [illegible]
☐ for findings & recommendations
☑ for determination
☐
[illegible]
Date 1/23/06

GRANTED, no objection having been filed.

DAVID L. MARTIN
United States Magistrate Judge
February 1, 2006