# Goldberg Law Offices

*Attorneys and Counselors at Law*

ROBERT D. GOLDBERG
THOMAS D. GOLDBERG

MAILING ADDRESS:
P.O. BOX 557
PAWTUCKET, RI 02862-0557
TELEPHONE (401) 728-1510
TELEFAX (401) 725-3355

PAWTUCKET OFFICE:
226 COTTAGE STREET
PAWTUCKET, RI 02860
(401) 728-1510

WAKEFIELD OFFICE:
SOUTH KINGSTOWN OFFICE PARK
SUITE C-6
24 SALT POND ROAD
WAKEFIELD, RI 02879
(401) 783-9202

**RE: TRUSTEES OF THE LOCAL UNION NO. 17 SHEET METAL WORKERS' INSURANCE FUND, THE LOCAL 17 SHEET METAL APPRENTICESHIP FUND OF RHODE ISLAND and THE LOCAL 17 SHEET METAL INDUSTRY FUND OF RHODE ISLAND**
**VS: RAYMOND MARTIN d/b/a R. MARTIN & SONS**
**U.S District Court No: 05-444 S**

| DATE | FUNCTION | TIME |
|---|---|---|
| 10.18.05 | Phone Conference w/Donald Lavin re: review of payroll audit/ unpaid contributions due and owing to Plaintiff funds | .50 |
| 10.20.05 | Review of Trust and Union Contracts; Review of fax from Joseph Jones re: audit results; Preparation of Complaint/Cover Sheet/(2) Summons; Hand File w/Clerk of U.S. District Court | 3.0 |
| 11.3.05 | File executed Summons w/Clerk of U.S. District Court | .25 |
| 11.23.05 | Review of Defendant's Answer to Complaint (Raymond Martin *pro se*) | .25 |
| 11.25.05 | Correspondence to Donald Lavin re: status of case | .25 |
| 12.13.05 | RULE 16 CONFERENCE @ U.S. DISTRICT COURT [Magistrate Martin] | 1.5 |
| 12.15.05 | Review of File; Preparation of "Plaintiffs' Discovery Response Pursuant to Pretrial Order" | 1.0 |
| 1.5.06 | Review of File; Research re: amend complaint; Preparation of "Plaintiffs' request for production of documents" to Defendant | 2.5 |
| 1.6.06 | Preparation of Amended Complaint; Motion/Memo to amend | .75 |
| 1.25.06 | Notice of Mediation Hearing to Donald Lavin | 0 |
| 1.26.06 | Review of Donald Lavin's listing of hours from June-Dec 2005; Phone Call from Barry Mitchell/U.S. District Ct re: reschedule mediation | .50 |
| 2.3.06 | Plaintiffs' Motion to Amend Complaint GRANTED via Federal fax; Forward original Amended Complaint to Federal Court & copy to Raymond Martin; Preparation of DRAFT Plaintiffs' Motion for Summary Judgment + Memo; Phone Calls w/Donald Lavin re: new mediation hearing date + liquidated damages to be included with the 1/26/06 figures | 2.0 |
| 2.6.06 | Review of Donald Lavin's fax re: breakdown of figures for liquidated damages + audit amount due; Preparation of Motion/Memo & Donald Lavin's AFFIDAVIT | .75 |
| | | |
| | **TOTAL HOURS** | **13.25** |

**Total Hours**

| | | |
|---|---|---|
| 13.25 HRS @ $250.00 PER HOUR | = | 3,312.50 |

**Out of Pocket Costs**

| | | |
|---|---|---|
| 11/03/05 | Constable Guilfoyle- Service of Summons Fee | 75.00 |
| 10/20/05 | Clerk of U.S. District Court- Complaint Filing Fee | 250.00 |
| | | 325.00 |
| | **BALANCE DUE AND OWING** | **$3,637.50** |

WestBay Investigation & As[illegible]es

PO Box 1111
East Greenwich, RI 02818

# Invoice

| Date | Invoice # |
|---|---|
| 11/3/2005 | 337 |

| Bill To |
|---|
| Goldberg Law<br>226 Cottage St.<br>Pawtucket, RI 02862 |

| Item | Description | Rate | Amount |
|---|---|---|---|
| | For service of the following Writ | | |
| Federal Summons | Martin (Local 17) | 45.00 | 45.00 |
| Extra Fee | 9 attemps | 30.00 | 30.00 |

Security enhanced document. See back for details.

GOLDBERG LAW OFFICES
226 COTTAGE ST.
P.O. BOX 557
PAWTUCKET, RI 02862

41649

57-1/115 RI
11002

DATE 11·3·05

PAY TO THE ORDER OF Constable Kenneth Guilfoyle $ 75.00

Seventy-Five and xx/100 DOLLARS

Bank of America

ACH R/T 011500010

05-4445

FOR Trustees v. Martin (2nd complaint)

[signature]

⑈041649⑈ ⑆011500010⑆ 000006315456⑈

GUARDIAN ● SAFETY ©Clarke American BA

| | |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $75.00 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| (401) 885-1166 | (401) 884-2326 | WestBay51@aol.com | WestBayInvestigation.com |

Fri Oct 21 10:49:37 2005

UNITED STATES DISTRICT COURT

PROVIDENCE , RI

Receipt No. 100 61587
Cashier czinni

Check Number: 08-317350735

| DO Code | Div No |
|---|---|
| 4670 | 1 |

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 60.00 |
| 2:510000 | N | 2 | 190.00 |

Total Amount $ 250.00

GOLDBERG LAW OFFICE, 226 COTTAGE ST., PO BOX 557, PAWT. RI

NEW CASE FILING CA05-444S



GOLDBERG LAW OFFICES
226 COTTAGE ST.
P.O. BOX 557
PAWTUCKET, RI 02862

41599

57-11/115 RI 11802

DATE 10.20.05

PAY TO THE ORDER OF Clerk of the United States District Court (RI) $ 250.00

Two Hundred Fifty and xx/100 DOLLARS

Bank of America

FOR Trustees v. P. Martin-Soma

⑈041599⑈ ⑆011500010⑆ 0000531545 56⑈