**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT COURT OF RHODE ISLAND**

| | | |
|---|---|---|
| TRUSTEES OF THE LOCAL UNION NO. 17 SHEET METAL WORKERS' INSURANCE FUND, THE LOCAL 17 SHEET METAL APPRENTICESHIP FUND OF RHODE ISLAND and THE LOCAL 17 SHEET METAL INDUSTRY FUND OF RHODE ISLAND | : | |
| v. | : | C.A. NO: 05-444 S |
| RAYMOND MARTIN d/b/a R. MARTIN & SONS | : | |

**AFFIDAVIT OF DONALD LAVIN**

I, Donald Lavin, being duly sworn on oath depose and say as follows:

1. I am the administrator and bookkeeper for the Plaintiff Funds INSURANCE FUND, APPRENTICESHIP FUND and INDUSTRY FUND.

2. Pursuant to the collective bargaining agreement the Defendant, Raymond Martin d/b/a R. Martin & Sons, was obligated to make contributions for each employee covered by The Local Union 17 to Plaintiff Funds INSURANCE FUND, APPRENTICESHIP FUND and INDUSTRY FUND.

3. Defendant, Raymond Martin d/b/a R. Martin & Sons, failed and refused to make said contributions as agreed.

4. Defendant, Raymond Martin d/b/a R. Martin & Sons, owes the Plaintiffs' Health & Welfare Fund the principal sum of $133,349.94 plus liquidated damages in the amount of $9,148.11 as of January 1, 2006.

5. Defendant, Raymond Martin d/b/a R. Martin & Sons owes the Plaintiffs' Industry Promotion Fund the principal sum of $2,142.07 as of January 1, 2006.

6. Defendant, Raymond Martin d/b/a R. Martin & Sons, owes the Plaintiffs' Apprenticeship Training Fund the principal sum of $10,354.80 as of January 1, 2006.

7. Defendant, Raymond Martin d/b/a R. Martin & Sons, has no counterclaim, defense or set off to the amounts owed to the respective funds.

Donald Lavin

DONALD LAVIN

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 9th day of FEBRUARY 2006.

NOTARY PUBLIC
My Commission Expires: 8/27/2008
ID 45801