AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF Rhode Island

Trustees Local No 17

v

Raymond Martin DBA
R. Martin + Sons

## APPEARANCE

CASE NUMBER: 05-444S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiffs

5/25/06

Date

Thomas D Goldberg

Signature

THOMAS D. GOLDBERG

Print Name

226 Cottage St

Address

Pawtucket RI 02860

City State Zip Code

728-1510

Phone Number

FILED IN
OPEN COURT
DLB
5/25/06