UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TRUSTEES OF THE LOCAL UNION NO. 17
SHEET METAL WORKERS' INSURANCE FUND,
THE LOCAL 17 SHEET METAL APPRENTICESHIP FUND
OF RHODE ISLAND AND THE LOCAL 17 SHEET METAL
INDUSTRY FUND OF RHODE ISLAND
Plaintiff

VS. CA05-444S

RAYMOND MARTIN d/b/a
R. MARTIN & SONS
Defendant

**ORDER**

This matter came before the Court on June 22, 2006 on Plaintiffs' Motion for Summary Judgment and Plaintiffs' Motion for Attorney's fees. After hearing and consideration, it is hereby:

**ORDERED**

Plaintiffs' Motion for Summary Judgment and Plaintiffs' Motion for Attorney's fees are granted.

BY ORDER:

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE: 6/22/06