UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

TRUSTEES OF THE LOCAL UNION NO. 17
SHEET METAL WORKERS' INSURANCE FUND,
THE LOCAL 17 SHEET METAL APPRENTICESHIP
FUND OF RHODE ISLAND AND THE LOCAL 17
SHEET METAL INDUSTRY FUND OF RHODE ISLAND
Plaintiff

V. Case Number: C.A. NO. 05-444S

RAYMOND MARTIN d/b/a R. MARTIN & SONS
Defendant

**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Judgement shall enter in favor of the Plaintiffs against the Defendant, Raymond Martin d/b/a R. Martin and Sons in the amount of $154,992.92. Said Judgment amount shall be entered as follows:**

- **The Local 17 Sheet Metal Workers' Insurance Fund in the amount of $133,349.94 plus liquidated damages in the amount of $9,148.11;**
- **The Local 17 Sheet Metal Industry Fund of Rhode Island in the amount of $2,142.07;**
- **The Local 17 Sheet Metal Apprenticeship Fund of Rhode Island in the amount of $10,354.80;**
- **Attorney's fees in the amount of $5,637.50.**

June 23, 2006
Date

Clerk
(By) Deputy Clerk