CA05-444S

DC 11
Rev. 7/82

# WRIT OF EXECUTION

| United States District Court | DISTRICT: RHODE ISLAND |
|---|---|

TO THE MARSHAL OF:

**District of Rhode Island**

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

RAYMOND MARTIN d/b/a R. MARTIN & SONS
24 Esquire Avenue, Warwick, RI 02889

you cause to be made and levied as well a certain debt of: **$154,992.92**

DOLLAR AMOUNT

One Hundred Fifty-Four Thousand Nine Hundred Ninety-Two and 92/100

DOLLAR AMOUNT $154,992.92

and

in the United States District Court for the ________ District of RHODE ISLAND, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

RAYMOND MARTIN d/b/a R. MARTIN & SONS
24 Esquire Avenue, Warwick, RI 02889

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| | |
|---|---|
| PLACE: **U.S. District Court** | DISTRICT: RHODE ISLAND |
| CITY: **Providence, RI** | DATE: 11-25-06 |

Witness the Honorable **William E. Smith**
*(United States Judge)*

| | |
|---|---|
| DATE: 8-25-06 | CLERK OF COURT: **David A. DiMarzio** |
| | (BY) DEPUTY CLERK: [signature] |

## RETURN

| | |
|---|---|
| DATE RECEIVED | DATE OF EXECUTION OF WRIT |

This writ was received and executed.

| | |
|---|---|
| U.S. MARSHAL | (BY) DEPUTY MARSHAL |