**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF RHODE ISLAND**

TRUSTEES OF THE LOCAL UNION NO. 17 SHEET METAL WORKERS' INSURANCE FUND, THE LOCAL 17 SHEET METAL APPRENTICESHIP FUND OF RHODE ISLAND and THE LOCAL 17 SHEET METAL INDUSTRY FUND OF RHODE ISLAND :

v. : C.A. NO: 05-444S

RAYMOND MARTIN d/b/a R. MARTIN & SONS :

# AFFIDAVIT

I, Robert D. Goldberg, being duly sworn on oath depose and say:

1. In accordance with the Local Rule 69 Writs of Execution, I hereby state as follows:

2. Judgment was obtained against Defendant in the amount of One Hundred Fifty-Four Thousand Nine Hundred Ninety-Two and 92/100 ($154,992.92) Dollars on June 23, 2006. Pursuant to a collective bargaining agreement, Defendant was obligated to a sum certain to Plaintiff Trust Funds for each hour worked by Defendant's employees. Said sum total of $154,992.92 as calculated by the Court on Plaintiffs' Motion for Summary Judgment.

3. On or about July 20, 2006 Plaintiffs' counsel sent the attached letter to Defendant demanding payment of the outstanding Judgment.

4. No offers have been made by Defendant to settle the matter since the entry of Judgment. Plaintiffs now seek an Execution.

ROBERT D. GOLDBERG

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me at Pawtucket on this 24th day of AUGUST 2006.

NOTARY PUBLIC: Rosa Maria Rocha
My Commission Expires: 5/08/2010

Goldberg Law Offices

*Attorneys and Counselors at Law*

ROBERT D. GOLDBERG
THOMAS D. GOLDBERG

MAILING ADDRESS:
P.O. BOX 557
PAWTUCKET, RI 02862-0557
TELEPHONE (401) 728-1510
TELEFAX (401) 725-3355

PAWTUCKET OFFICE:
226 COTTAGE STREET
PAWTUCKET, RI 02860
(401) 728-1510

WAKEFIELD OFFICE:
SOUTH KINGSTOWN OFFICE PARK
SUITE C-6
24 SALT POND ROAD
WAKEFIELD, RI 02879
(401) 783-9202

July 20, 2006

R. Martin & Sons
24 Esquire Avenue
Warwick, RI 02889

**RE: TRUSTEES OF THE LOCAL UNION NO. 17**
**SHEET METAL WORKERS' INSURANCE FUND et al**
**VS: RAYMOND MARTIN d/b/a R. MARTIN & SONS**
**U.S. District Court No. 05-444 S**

Dear Mr. Martin:

As you are aware, a Judgment was obtained against you on June 23, 2006 in the amount of $154,992.92 in the above-referenced matter. A copy of said judgment is attached for your review. Demand is hereby made for sum of One Hundred Fifty-Four Thousand Nine Hundred Ninety-Two and 92/100 ($154,992.92) Dollars.

Sincerely,

Thomas D. Goldberg

TDG/rmr
Enclosure

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

**JUDGMENT IN A CIVIL CASE**

TRUSTEES OF THE LOCAL UNION NO. 17
SHEET METAL WORKERS' INSURANCE FUND,
THE LOCAL 17 SHEET METAL APPRENTICESHIP
FUND OF RHODE ISLAND AND THE LOCAL 17
SHEET METAL INDUSTRY FUND OF RHODE ISLAND
Plaintiff

V. Case Number: C.A. NO. 05-444S

RAYMOND MARTIN d/b/a R. MARTIN & SONS
Defendant

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Judgement shall enter in favor of the Plaintiffs against the Defendant, Raymond Martin d/b/a R. Martin and Sons in the amount of $154,992.92. Said Judgment amount shall be entered as follows:**

- **The Local 17 Sheet Metal Workers' Insurance Fund in the amount of $133,349.94 plus liquidated damages in the amount of $9,148.11;**
- **The Local 17 Sheet Metal Industry Fund of Rhode Island in the amount of $2,142.07;**
- **The Local 17 Sheet Metal Apprenticeship Fund of Rhode Island in the amount of $10,354.80;**
- **Attorney's fees in the amount of $5,637.50.**

June 23, 2006
Date

Clerk
(By) Deputy Clerk