**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF RHODE ISLAND**

TRUSTEES OF THE LOCAL UNION NO. 17 :
SHEET METAL WORKERS' INSURANCE :
FUND, THE LOCAL 17 SHEET METAL :
APPRENTICESHIP FUND OF RHODE :
ISLAND and THE LOCAL 17 SHEET METAL :
INDUSTRY FUND OF RHODE ISLAND :

v. : C.A. NO: 05-444S

RAYMOND MARTIN d/b/a R. MARTIN & SONS :

**SUGGESTION OF BANKRUPTCY**

Now come Plaintiffs in the above-entitled cause and represent that Defendant, RAYMOND MARTIN d/b/a R. MARTIN & SONS, has filed a Chapter 7 Bankruptcy petition, a copy of said notice is attached hereto.

PLAINTIFFS
By their Attorney,

*/s/ Robert D. Goldberg*

Robert D. Goldberg (RI Bar #1733)
GOLDBERG LAW OFFICES
226 Cottage Street
Pawtucket, RI 02860
Tel: (401) 728-1510
Fax: (401) 725-3355
rgoldberg@goldberglawoffices.com

**CERTIFICATION**

I hereby certify that on September 12, 2006 I electronically filed the within *Suggestion of Bankruptcy* with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/EFC System. The following participants have received notice via first class mail, postage prepaid to: Raymond Martin d/b/a a R. MARTIN & SONS, 24 Esquire Avenue, Warwick, RI 02889

*/s/ Robert D. Goldberg*